IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DELVINE COTTINGHAM,

    Plaintiff,          No. 2:12-cv-1002 KJN P

  vs.

DR. NANGALAMA,

    Defendant.        ORDER

_____/

        Plaintiff is a state prisoner proceeding without counsel.  Plaintiff consented to proceed before the undersigned for all purposes.  See 28 U.S.C. § 636(c).  By order filed June 1, 2012, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted.  On July 18, 2012, and August 8, 2012, plaintiff was granted an additional thirty days in which to file an amended complaint.  Thirty days from August 8, 2012, have now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED:  September 21, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

cott1002.fta

1